# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

In re:                                    )
ARMSTRONG, DAVID PAUL                     )   Case Number 17-80835
ARMSTRONG, LORI ANNE                      )   (Chapter 13)
   Debtors.                           )

## MOTION TO MODIFY CHAPTER 13 PLAN
## AND REDUCE CHAPTER 13 PLAN PAYMENTS

NOW COME the Debtors, DAVID PAUL ARMSTRONG and LORI ANNE ARMSTRONG, by and through their attorney, Spencer Lee Daniels, and for their Motion to Modify Chapter 13 Plan and Reduce Chapter 13 Plan Payments, states as follows:

1. The Debtors' Chapter 13 Plan was filed on June 6, 2017, and confirmed with this Court on March 12, 2013.

2. The Debtors' Plan was confirmed to pay Select Portfolio Servicing, Inc. in the amount of $24,000.00 for the arrearage, late fees, costs, and attorney's fees on the Mortgage which are due as pre-petition fees and costs at the time of filing of the Bankruptcy secured by the property located at 106 S. Myers Street, Eureka, Illinois.

3. Select Portfolio Servicing, Inc. filed Proof of Claim Number 8-1 on September 27, 2017, in the amount of $18,116.03 for the arrearage due.

4. The Debtor has had a reduction in his unemployment income, and with the difference in the arrearage claim, the Debtors are requesting that their Chapter 13 Plan payment be reduced to $1,160.00 per month effective with their March 2018 Plan payment.

WHEREFORE, the Debtors pray that their Motion to Modify Chapter 13 Plan and Reduce Chapter 13 Plan Payments is allowed and that the Debtors' Chapter 13 Plan payment is reduced to $1,160.00 per month beginning with their March 2018 Plan payment.

DAVID & LORI ARMSTRONG

By: */s/ Spencer Lee Daniels*
    Their Attorney

**PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the above document was sent via Electronic Mail to the following on the 20th day of February, 2018:

United States Trustee, 401 Main Street, Suite 1100, Peoria, Illinois 61602

Michael Clark, Trustee, 401 Main Street, Suite 940, Peoria, Illinois 61602

Rushmore Loan Management Services, P.O. Box 55004, Irvine, California 92619-2708


*/s/ Jessica A. Ekena*
Jessica A. Ekena, Legal Assistant


SPENCER LEE DANIELS, ESQ.
Attorney for the Debtors
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Telephone:  (309) 673-1400
Facsimile:  (309) 673-3960
Email:  danielslaw@sbcglobal.net