| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **David Paul Armstrong** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lori Anne Armstrong** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS | | |
| Case number | 17-80835 | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Select Portfolio Servicing, Inc.**<br><br>Description of property securing debt: **106 S. Myers Street Eureka, IL 61530  Woodford County One and a half story, vinyl-sided home with three bedrooms, one bathroom, and a two-stall, detached garage.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

### Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | ☐ No |

| Debtor 1 | **David Paul Armstrong** | | |
|---|---|---|---|
| Debtor 2 | **Lori Anne Armstrong** | Case number (*if known*) | **17-80835** |

| Description of leased Property: | ☐ Yes |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X  **/s/ David Paul Armstrong** | X  **/s/ Lori Anne Armstrong** |
|---|---|
| **David Paul Armstrong** | **Lori Anne Armstrong** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date    **August 29, 2018** | Date    **August 29, 2018** |

## **PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the above document was sent via Electronic Mail to the following on the 29th day of August, 2018:

United States Trustee, 401 Main Street, Suite 1100, Peoria, Illinois 61602

Michael Clark, Trustee, 401 Main Street, Suite 940, Peoria, Illinois 61602

The undersigned hereby certifies that a copy of the above document was sent via First Class Mail, postage prepaid, to the following on the 29th day of August, 2018:

MTGLQ Investors, L.P., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, Utah 84165-0250

*/s/ Jessica A. Ekena*
Jessica A. Ekena, Legal Assistant

SPENCER LEE DANIELS, ESQ.
Attorney at Law
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Telephone: (309) 673-1400